UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LL0YD B. LOCKWOOD,<br><br>   Defendant. | No.: 12-20070 |

### *MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND VACATE TRIAL DATE AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE*

NOW COMES the Defendant, LL0YD B. LOCKWOOD, by and through his attorneys, Jonathan E. Hawley and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, presently scheduled for November 28, 2012 at 11:00 a.m., and vacating the trial date, presently scheduled for December 10, 2012, and in support thereof, states as follows:

1. The Office of the Federal Public Defender was appointed to represent LLOYD B. LOCKWOOD by United States Magistrate Judge Bernthal on or about September 11, 2012.

2. This is Defendant's <u>FIRST</u> request for a continuance of his pretrial conference and trial dates.

3. Defense counsel needs more time to review the case and discuss this matter with Defendant so that he can make an informed decision regarding his right to trial. Thus, in order to protect the Defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by extending the Rule 12.1

motion filing deadline and continuing the pretrial conference date and vacating the jury trial date.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating jury trial date in this cause.

        Respectfully Submitted,

        LL0YD B. LOCKWOOD, Defendant

        JONATHAN E. HAWLEY
        Federal Public Defender

            s/John Taylor
BY:_____
        JOHN TAYLOR
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Telephone: (217) 373-0666
        Facsimile: (217) 373-0667
        Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on November 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Jason Bohm.

        s/John Taylor
        _____
        JOHN TAYLOR
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Telephone: (217) 373-0666
        Facsimile: (217) 373-0667
        Email: John_Taylor@fd.org