2:12-cr-20070-HAB-DGB  # 19  Page 1 of 1

FILED E-FILED
Thursday, 17 January, 2013 04:23:53 PM
Clerk, U.S. District Court, ILCD

JAN 17 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

USA

V.

LLOYD B. LOCKWOOD

## EXHIBIT AND WITNESS LIST

Case Number: 12-20070-001

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David G. Bernthal | AUSA Jason Bohm | AFPD John Taylor |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion hearing held 1/17/13 | UR-C 3:04 P.M. | kjm |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/17/2013 | x | x | Verified Petition for Order of Protection filed 12/11/12 in McLean County |
| 2 | | 1/17/2013 | x | x | Emergency Order of Protection filed 12/17/12 in McLean County |
| 3 | | 1/17/2013 | x | x | Order for Extension of Order of Protection filed 1/4/2013 in McLean County |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages