IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-20070 |
| ) | |
| LLOYD B. LOCKWOOD, ) | |
| ) | |
| Defendant. ) | |

FILED
AUG 1 2 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## STIPULATIONS OF THE PARTIES

The United States of America and the defendant, Lloyd B. Lockwood, stipulate and agree:

**The Parties' First Stipulation**:

Prior to March 30, 2011, the defendant was convicted of a felony offense, that is, a crime punishable by imprisonment for a term exceeding one year.

**The Parties Second Stipulation**:

A qualified explosives enforcement officer from the Bureau of Alcohol, Tobacco, Firearms, and Explosives examined the device, marked as government's group exhibit 2. The explosives enforcement officer determined that the device is consistent with an improvised explosive device, commonly known as a pipe bomb, and would be properly identified as an explosive bomb. Explosive bombs are destructive devices as that term is defined in 26 U.S.C. § 5845(f) and are required to be registered with the National Firearms Registration and Transfer Record under 26 U.S.C. § 5841(a).

1

Government's group exhibit 2 is admitted into evidence.

### The Parties' Third Stipulation:

A record search of the National Firearm Registration and Transfer Record, conducted on April 12, 2012, revealed that the device, marked as government's group exhibit 2, was not registered with the National Firearm Registration and Transfer Record.

### The Parties' Fourth Stipulation:

The end caps of the device, marked as government's exhibit 2, were made in China.

### The Parties' Fifth Stipulation:

The telephone records, marked as government's exhibit 8, are records kept in the ordinary course of business by the Sprint Nextel Corporation of telephone number (309) 287-8342.

Government's exhibit 8 is admitted into evidence.

### The Parties' Sixth Stipulation:

The telephone records, marked as government's exhibit 9, are records kept in the ordinary course of business by the Sprint Nextel Corporation of telephone number (309) 261-3260.

Government's exhibit 9 is admitted into evidence.

### The Parties' Seventh Stipulation:

The telephone records, marked as government's exhibit 12, are records kept in the ordinary course of business by PTS Corporation of telephone number (217) 875-6637.

Government's exhibit 12 is admitted into evidence.

**The Parties' Eighth Stipulation**

A qualified fingerprint specialist from the Bureau of Alcohol, Tobacco, Firearms, and Explosives examined the device, marked as government's group exhibit 2, for fingerprints. No identifiable latent prints were found on the device.

FOR THE DEFENDANT:

s/Lloyd B. Lockwood

_____     8/2/13
Lloyd B. Lockwood                   Date
Defendant

s/Elisabeth Pollock

_____     8/2/13
Elisabeth R. Pollock                Date
Attorney for Lloyd B. Lockwood

FOR THE UNITED STATES:

s/Jason Bohm

_____     8/12/2013
Jason M. Bohm                       Date
Assistant United States Attorney

3