IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
AUG 1 2 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-20070 |
| ) | |
| LLOYD B. LOCKWOOD, ) | |
| ) | |
| Defendant. ) | |

### STIPULATIONS OF THE PARTIES

The United States of America and the defendant, Lloyd B. Lockwood, stipulate and agree:

**The Parties' Ninth Stipulation**:

Government's exhibit 1T is a transcript of a 911 call placed on March 30, 2011. The transcript was prepared by government agents and is a substantially verbatim transcript of the conversation.

Government's exhibit 1T is admitted into evidence.

**The Parties' Tenth Stipulation**:

Government's exhibit 6T is a transcript of a recorded call placed on November 8, 2011. The transcript was prepared by government agents and is a substantially verbatim transcript of the conversation.

Government's exhibit 6T is admitted into evidence.

## The Parties' Eleventh Stipulation:

Government's exhibit 7T is a transcript of a recorded call placed on November 8, 2011. The transcript was prepared by government agents and is a substantially verbatim transcript of the conversation.

Government's exhibit 7T is admitted into evidence.

## The Parties' Twelfth Stipulation:

Jeffrey Hardacre is a Security Director for the Transportation Security Administration. If Mr. Hardacre were called to testify he would testify that he received the affidavit marked as Government's exhibit 14 as part of a fax that he received on or about December 14, 2011. Mr. Hardacre would further testify that he received this fax as part of the suspension process of Susie Curtis, who was an employee of the Transportation Security Administration.

Government's exhibit 14 is admitted into evidence.

## The Parties' Thirteenth Stipulation:

A qualified forensic scientist examined the components of Government's group exhibit 2 for DNA. DNA suitable for comparison was located on the handle of the plastic bag marked as Government's exhibit 2E. The DNA found is partial female DNA

and the defendant was excluded as the source of the DNA. No other DNA suitable for comparison was found on the components of Government's group exhibit 2.

FOR THE DEFENDANT:

s/Elisabeth Pollock

_____       8/9/13
Elisabeth R. Pollock                 Date
Attorney for Lloyd B. Lockwood


FOR THE UNITED STATES:

s/Jason Bohm

_____       8/12/2013
Jason M. Bohm                        Date
Assistant United States Attorney