IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LLOYD B. LOCKWOOD, ) | No. 12-cr-20070 |
| ) | |
| Defendant. ) | |

## DISCLOSURE FOR STATUS HEARING

**NOW COMES** the Noll Law Office, LLC by its representative, Jon Gray Noll, and in support of his Disclosure for Status Hearing in the above-entitled cause, presents the following visible issues for consideration by the Court:

- A status conference in the above-styled case is set for 11 a.m. on Friday, January 24, 2014.

- On January 21, 2014, Judge Michael McCuskey issued an order granting the government's Motion to Dismiss Post-Trial Motions. Therefore, a discussion of issues raised in the Post-Trial Motions is moot.

- Previous counsel for the Defendant has forwarded files related to this case, and all discovery is now in the Defendant's counsel's possession.

- While the Defendant originally declined an interview for his Presentence Investigation Report, he is now willing to be interviewed. The interview has been scheduled for 10 a.m. Wednesday, January 29, 2014, with U.S. Probation Officer Alex Morris.

- Counsel for the Defendant respectfully requests that a sentencing hearing be scheduled during the status conference on January 24.

Respectfully submitted,

**NOLL LAW OFFICE,**

BY:  /s Jon Gray Noll  
JON GRAY NOLL  
Attorney for the Defendant  
Reg. No. 02060108  
Noll Law Office, LLC  
930 East Monroe Street  
Springfield, IL  62701  
(217) 544-8441  
(217) 544-8775 (fax)  
 Email: noll@noll-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jason Bohm, AUSA
    U.S. Attorney's Office
    201 South Vine
    Urbana, IL  61801

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lloyd Lockwood
    Macon County Jail
    333 South Franklin
    Decatur, IL 62523

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    930 East Monroe
    Springfield, IL 62701
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com