RECEIVED JAN [ ] 2014

01-19-14

Dear Michael P. McCuskey

My name is Lloyd Lockwood No. 12-20070. How are you today? Well, I am writing again because it was said that I didn't ask the court for an extension to file motions, but I wrote you "Remember?". The Government went to dismiss post-trial motions and all other motions. I am looking thru my papers & notes, but I was hoping you kept it on file. I don't know law but I am learning and that's why I wrote you because I don't have anyone & I mean anyone to get advice from or to tell me what to do. I got my letter I will find it. I am trying to get involved with Mr. Noll I know but I wanted to write just in case he was late. The Government answer on the 9th I got it today, the 19th "Mail".

Please hear my motions.

Got it, letters dated: Thanks
10-21-13, 10-21-13, 11-12-13
11-01-13, I begged for an extension & lawyer.
01-19-14

P.S. But you told me not to can file my motions. I don't understand.