E-FILED
Friday, 24 January, 2014  04:34:46 PM
Clerk, U.S. District Court, ILCD

01-20-14

Dear, Michael McCushey:

The grouement is keeping the truth from the court and got me to get an letter today, which gives me really two days to answer is very unfair again. As an timely matter, I don't have what it takes to file motions in this jail. I didn't have an lawyer after trial. I being working on my case 8-20-13 and have paper work to show that. I couldn't come up with money for an lawyer. So al the blue something said just write the judge. Which i was going to wait until sentenacing to talk to you. Well glad i didn't wait that long.

I guess iam asking if you really read my letters? And can you make that an excusable neglect to why i didn't file on time? I didn't know, didn't have counsel, and didn't have any case laws like MR. NOLL in the post trial motion. I could of never did that. So after reading all my letters can you please not dismiss the post trial motion. I just want an fair trial thats all i want.