Dear Judge Harold Baker

I Lloyd Lockwood CR-20070, come PRO SE to Respectfully ask to court to change Prosecutor, do to extremely unfair and Personal Bias or Prejudice. I will like to explain to court in person. Also, letters wrote & docket in court files, 40, 45, 50, 55, 60 to court. I just want all further Proceedings to be fair and not cover-up to court eyes. So Please give me a chance to fight back, to win my freedom back. I am Innocent Please. I got to do most of the work and then I can get or afford an lawyer. My family working hard for the money to pay. I need time to do or get help with my motion on Rule 33(b)(1). They are taking that right from me.

Respectfully

Lloyd Lockwood

Thanks

02-06-14

FILED
FEB 10 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge Harold Baker,

Hello, my name is Lloyd B. Lakwood CR-20070, I come PRO SE to the court Respectfully asking to be appointed Counsel to over see me viewing the discovery, so that I may be able to answer the grovenment into reguards of the motion I tryed to filed on Rule 33(b)(1). The discovery will support the Evidents in need, in answer to motion. I've requested the view of the discovery an number of times was not answer.

However, Mr. Noll is know longer on my case at my request and I do have an lawyer who will step in, about 2-3 weeks. With understanding that I will or should have viewed my discovery by then.

Respectfully
Lloyd Lockwood
02-06-14

Judge Michael P. McCuskey    1-25-14

I also wrote Mr. Noll, let him know I know longer want the Court appointed Counsel. I will be Pro Se. and I ask the court to allow me two weeks to learn as much as I can about the rule of Presentence report. So I will not be speaking with Mr. Alex on the 29th because of Extremely unfair and Personal Bias or Prejudice By Prosecutor, which is grounds to change Prosecutor For Tampering with Evidents and or Mr. Noll For Putting in motion two days before time - siding with Mr. Jayson, Prosecutor. knew not anything about Motion and was unaware of Mr. Noll Putting before. Mr. Noll every talk to me about motion. And its also clearly that Mr. Noll told Vanessa Payne on the Phone and I also heard it "that Mr. McCuskey don't want to hear what I got to say" "Judge" and I guess that alone clearly tells me why the court hung up the Phone when I was begging to speak. Which I really don't Feel I will ever get an Fair Proceeding of an kind in this Court room. So with extremely great Personal bias or PreJudice, I come Pro Se and Asks the Court to allow change of Judge...

5ccs

PRO SE LLOYD Lockwood 20070 / MR. Noll

01-23-14

Dear Judge McCuskey / Mr. Bohm IN REF. to letter dated
Mr. Noll                              01-19-14 & 01-20-14

I had court Phone call 01-23-14 and about 11:25 the call was cut short when I was asking permission to speak? I want to address the motion filed 01-21-14 that you Judge McCuskey granted, dismissing my motion on an "Post Trial Motions, that I had until 01-23-14 to act ON? I got an letter Mr. Noll wrote on the 17th and I got it on the 19th. Mr. Noll gave me until the 23rd to submit an letter in writing to his office. The Court gave me until the 23rd to answer, but however the Court and Mr. Noll took away my right to answer the motion and did so without my knowledge. I was not aware at all of the motions that Mr. Noll filed with the Courts and there for was not given a chance to answer. Mr. Noll would not take my phone call because it cost to much. Mr. Noll didn't at all talk to me about the motion. However, my letter of Request in Reply to the Government motion to dismiss is easy. I never told Mr. Noll or anyone that I didn't know about the 7 days or 14 days Rules. Because I file my motions under Newly Discovered Evidence and I was not again allow to explain

2.

Cut off when I called out to the Judge 3 times? I can't call the Judge and my Lawyer don't take collect calls. So Rule 33 (b)(1) is my case for New Trial. So under penalty of perjury I placed my letter in the Jail mail as told by Mr. Noll (Lawyer) See Towns v. United States, 190 F.3d 468, 469 (6th Cir. 1999)(Citing Houston v. Lack 487. U.S. 266, 270-72, 108 S. Ct. 2379, 101 L. Ed. 2d 245 (1988). So I come before the Court to withdraw the motion that Mr. Noll put in on 01-21-14 without my permission or knowledge. And ask the the Court give me back my deadline to answer the motion from the Govenment of dismissing my Post trial motion, by answering on Rule 33 (b)(1) only, because Defendant Never claim he didn't know about the 7 day or 14 day Rule. For that matter Defendant motion was on time. Defendant was not allowed his deadline by law to answer motion on 01-23-14 Court ruled on motion on the 01-21-14 without Defendant knowlege. Defendant Counsel Never spoken with him about the motion Counsel Filed. So Defendant comes respectfully asking for Relief and allow Grovement to answer the Post trial motion on them grounds. Only Rule 33 (b)(1) p. 12-16

Lloyd Lockwood
01-23-14

cc:
ES
M.M
J.B
J.N
ABDC