E-FILED
Thursday, 27 February, 2014  02:23:47 PM
Clerk, U.S. District Court, ILCD

Dear Judge Harold Baker

Can we give Mr. Noll more money so he can put an investigation out on this? And take my phone calls? Because I feel like my rights are violated because my counsel can't give me his all according to the law. And as said before I wouldn't be here if I had an payed lawyer so can he get more money? So do you read my letters? well did you read the transcripts I seened do you call that an adequate defence? Well I discover that after trial I was sold out by counsel. Now why can I use that as evidents kept out of trial court?

FILED
FEB 27 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I CAN PROUE I WAS
sold out and didn't
hAVE AN adequate
defence. That's the
Evidence:
        COUNSEL HAd
know Adequate defence

IS UNDER NEWly

   Discover Evidence

      Right?

Counsel didn't tell

Jury THEY WERE

Saleing ME out, but
I discover that after
Reading transcripts.
      Reply please.

What law say you can plant or tamper with evidents and withhold evidents from trial? I was told they can.

What law say you can make falsestate under Oath and in writing to law enforcement because you're mad at someone?

I was told I don't have an right to see the discovery again?, But how can I prove my case?

The grovenment can do what they want to convict anyone, even the innocent, Thats why they withheld Evidents & I can't see the discovery, to finish the other 400 pages.

Please   Reply, This BAD

Will ANYONE listen
TO ME?
it's hard to trust
AFTER what the
grousNMENt did to ME.


PleasE MAKE SURE
I KEEP my rights
this timE and get
an 7ail trial. I
PromisE YOU I will
WIN. THEY did ME
unfair and Wrong.

2-24-14

Dear Judge Harold Baker

My name is Lloyd Lockwood
No. 12-20070 case. I am still putting
together with Mr. Noll an motion on
Newly Discovered Evidence. However,
Mr. Noll was here on the 14th which
I never had an fair chance to go
over 570 pages. In two's days. He said
he'll be back, but i think he forgot
and the government still don't pay
him to take phone calls, and two
days to put together an letter and
reply on Rule 33 (B)(1) is in know
way fair when i can't go over the
Discovery. I got to find my own
evidents but how when the U.S
said i can't have discovery here
and my Counsel got an hard time
getting gas money to visit? This
is very unfair when i got to
file an motion. I am trying to
let the Courts know that in the
Discovery is an wal-mart package
with the object, but in trial
the package was an Thank You bag
with object in it. This was planted
and tamper with and with →

2#

held from courts. D.N.A. was on which bag? MR.&MS Gridlers statements are Oleatally diffrent in trial & discovery. There are two photos of diffrent objects only one in trial. they committed perjure on the stand. with this New evidents that was withheld from court, I begg for an extension to allow MR. Noll time to visit with me so i can go over the discovery. which right now iam not allow to compelly go over to support my case on Rule 33(B)(1). I can prove MR. Gridler took out the wal-bag and replaced it with some thing else, and him and MS. Gridler maded false statements under oath. All information in trial transcripts and Discovery. May i have my rights to prove this in my favor? Also, MR. Tom Dart said he didn't take in any evident at the Gridlers during trial. however the discovery shows that an pipe, end caps and wires was took into evidents which is just like the exhibit that was used to convict me. thats three objects thats kept from the Court during trial. which will show this case should be re-trialed.  →

OVER,

3#

I just don't we to be railroad. I feel i meet all the elements to justify an new trial. Just have an hard time Putting it into words. My Evidence is that Mr. Snider took out the package that Susie had me drop off and he replace the package with another package. one package was in trial Thunk bag and the other package in the discovery they never spoken on. I believe Mr. Snider, from his statement Put something else in Package to set up his sister. Please allow court or order court to read discovery. Look at the indictment on page 2. dated 9-10-11 they talk about this. package their also. Withholding Evidents, tampering with evident and Planting evidents to convict Me. But addressing this evidents can result in an new trial.

Please allow extension or and ask Counsel to review my discovery with me because i need help.

Thank You

truely Lloyd Packard

p.s. Don't you want to know who Tamper with the Evidents?

2-24-14

MR. NOLL,

Another day go by and I still have not seen you back with the discovery. But you want me to reply before the 28th and iam saying that the evident is in there. which you came on the 14th Feb, For 2 hours & never came back as you said you would. and it seen that yaire counting on me to come up with the Evidents because as you said i was at trial, not you. So Please don't reply to the guccenment until you give me a Fair chance to read discovery. So before you tell me that its okay For the Guccenment & MR. MS. Gridler to commit Perjured on stand, make False Police reports to convict "Sucie" and I just got in the way. and to change out the wal-mart padcage to what ever was in it and replace it with an white thank you package which was an pipe Bomb. MR. & MS. Gridler statement are very clearly diffrent from trial and agents reports & police reports. He said he took out an wal-mart bag and checked the object out, but in trial he said white bag & didn't touch or check it out but call police ⟶

MIIER

2#

its wierd how they made this report and after the indictment was wrote, but yet an Thank You bag clearly came out which shows point with an doubt that this evedents was planted, tampered with and they knew it was either an funtional or non-funtional device. what happen to the evedents with the wal-mart bag and the black duct tape pipe that came out the wal-mart bag? Also where did the white thank you bag came from with the plain meatl pipe? And still what happen to the pipe-end-caps-and wires out of the Gridlers house? What do they show, well perjure on stand from agent Tom Dart and that Mr. Gridlers could make an pipe bomb. And that if it was an fake bomb, Mr. Gridley could of replaced it with an real one. Susie is the only one who could answer that. Well all that was withheld from court and They commited perjure in court and Tamper with evident by replacing it. But did they know any thing about this package before they called Bomb people? I say yes and thats why it was an Thank you bag. in mailbox and the wal-mart bag gone.                →

3#

Now MR. Noll I begging that you allow me to finish reading and not let them volate my rights. I don't want the Judge mad because i keep writing. We can work this out if you would just get the extension and keep to your word and bring the discovery. I got an good chance for new trial and I want to add all my concerns to the motion MR. Noll Please let me read the discovery. New due talked about knew things that was not available to me at trial and a lot still not available to me, to prove my case this is not impeaching. This done have lots of Power of Evidents that some-Tamper & planted evidents and False-statement were made. Was discovered following Trial and these issues could before Court result in new Trial. Also, learned that California do not have 309 area code & defendant never lived in California. The Evidents out of MR. Grinder garage could show he made an real device to get back at sister, OR that he could of replaced Package. Dad kept that from courts saying he didn't find anything at Grinder house →

OVER

4#

as he testify to on stand "Prejuce" because agents repoits & Police show that pipe bomb matieral was taking into evidents. And do to the fact that the Jury or couits didn't know about the wal-mart bag do rasie an question to which bag had the D.N.A, why is it two bags? only one at trial. a lot of question can come of this to show i need another trial. I know we agree right and two statements diffrent? And three diffrent set of objects the Gridler house, the object in wal-mart bag and the object in white thank you bag. Took at statements, read transcripts. They kept perwerful evidents From me and Jury that would of without question would resulted in an diffrent outcome. Even an lessor charges. why not test both objects and bag for D.N.A? Also, Following the trial I seen the signture and I got glasses now and I know thats Not my signture as said. Also, what do the U.S. marshal got to do with me & the discovery? Its up to the Judge. well thats what I was told.
YOU CAN NEVER MAKE ME bEliEVE THEY CAN TAMPER & PLANT Evidents like that.