IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LLOYD B. LOCKWOOD, | ) | No. 12-cr-20070 |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S REPLY TO THE UNITED STATES OF AMERICA'S RESPONSE TO COURT ORDER

**NOW COMES** Defendant, Lloyd B. Lockwood, by and through his court-appointed attorney, Jon Gray Noll, and in support of his Reply to the United States of America's Response to Court Order, states to this Honorable Court as follows, that:

### BACKGROUND

On August 14, 2013, the Defendant was convicted at trial in the aforementioned case, and judgment was entered on the verdict by the Court.

Since that time trial counsel has been dismissed. Current counsel was appointed by the government and filed an Entry of Appearance on November 25, 2103.

The Defendant filed several *pro se* letters to the Court. On January 24, 2014, the Court ordered the government to respond.

On February 7, 2014, Judge Harold A. Baker issued an order denying the Defendant's request to dispense with court-appointed counsel and proceed pro se.

On February 14, 2014, the United States of America entered its response to the January 24th order, stating that while a defendant has a right to conduct his own defense, the defendant does not have a right to serve as co-counsel while also retaining appointed counsel.

## REPLY

On February 19, 2014, the Defendant filed a pro se reply to the government's response. Defense counsel has reviewed the Defendant's pro se response and asks the Court to consider it.

However, Defense counsel accepts the arguments made in the government's response.

Respectfully submitted,

**NOLL LAW OFFICE, LLC**

By: /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
930 East Monroe
Springfield, IL 62701
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jason Bohm, AUSA
    U.S. Attorney's Office
    201 South Vine
    Urbana, IL  61801

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Lloyd Lockwood
    Macon County Jail
    333 South Franklin
    Decatur, IL 62523

    /s Jon Gray Noll
    Jon Gray Noll 02060108
    Attorney for Defendant
    Noll Law Office
    930 East Monroe
    Springfield, IL 62701
    Telephone: (217) 544-8441
    Fax: (217) 544-8775
    E-mail: noll@noll-law.com