FILED 2-26-14

MAR 03 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge Baker,

    I am writing in regards of the reply on Excusable Neglect. Enclosed are letters I wrote to my last Judge of concerns I had to help me explain to you why I didn't file in time. I didn't have counsel after I was found guilty in Aug 14, 2013. Not one thing was explained to me as they marched me away. I didn't never see Ms. Pollock until the month of Nov... with all my attempts and family trying, I tryed to learn the federal law and to this day i am confused still. I, have believe that the 3 yrs Rule under Rule 33(B)(1) protected me on the 7 or 14 day rule. Thats why i kept at MR. Noll because after everything that happen to me during trial I didn't trust MR. Noll, so i wrote MR. Noll and apology for not trusting in him. However, when someone tells you that the whole case is about this Wal-mart bag you drop off and what was in it, okay she set me up and when i go to trial the Wal-mart bag is know more. →

2#

meaning that someone put in place an Thank you bag with some thing in it. Its just not the package she gave me to drop off and everyone is Not seeing this For some reason. I was told this is "Frivolous," "unworthy of serious attention" Well i feel diffrently Because iam here and its know question that i was set-up, and this is worth very serious attention. So Please allow MR. Noll to represent me on the Post Trial Motion to bring out this Point ive been trying to For the Longest. Because i don't know what iam doing and don't have what i need to do an Motion or knowledge of law. I honestly didn't have an lawyer after court trial.

    Please believe that tampering or planting evidents to make an case and False statements is not Frivolous, as iam told, but when someone life is on the line it should be taking very serious and extreme attention on the lawyers and law part to up held the law.

P.S. Please Allow MR. Noll to help ME & File the Motions MS. Pollock didn't.

Respectfully
Lloyd Lockwood

Re: Case No. 12-CR-20070

10/21/13

Dear Judge McCuskey,

My name is Lloyd B. Lockwood and I am writing to notify you of serious problems I am having with my case (case No. 12-CR-20070). On 8/14/13 I was found guilty in your court by jury trial. I write this letter as a humble last attempt to notify the court that I am in need of assistance.

Following my guilty verdict at trial, I have tried every possible means of reaching my defence counsel, Ms. Elizebeth Pollack. All my attempts to contact Ms. Pollack to obtain information concerning my right to appeal have gone ignored. I have also tried to notify Ms. Pollack that I need her assistance to file a motion so I can proceed pro se while I seek new counsel to more aptly represent me. Again, these notifications have gone ignored.

At a later date, I was brought to the courthouse so that I could be interviewed by the Probation Office for my PSR. In violation of the Rules of Criminal Procedure, I was not notified in any way in advance that this interview would take place. My right to be accompanied by proper legal counsel during the interview was also denied. As a result, I refused to to participate in any capacity during my PSR interview. My requests to speak with Ms. Pollack were ignored.

Since I am incarcerated at the Macon County Jail, I lack any resource to obtain the proper legal information and documents I need to pursue a resolution to any of the problems I am facing. Thank you for your time as I hope you can help me correct these matters

Please Allow motion under 7 day Rule.          Sincerely, Lloyd Lockwood