RE: Case No. 12-CR-20070 Lloyd Lockwood
RE: Case No. 12-CR-20042 Linda S. Curtis

Dear Judge McCuskey,

I LLOYD B. Lockwood come before the Courts to ask that I'am allowed to go Pro se until the Court appoints new Counsel. IF I LLOYD B LOCKWOOD would of knew, in advance that my constitutional Sixth Amendment Right would be ignored by the defense attorney Ms. Elisabeth Pollock, I would of beg the Courts to appoint other Counsel & I would not of went to trial. It is this Reason that I MR. LLOYD B. LOCKWOOD come before HON. Judge McCuskey, To ask that the verdict in this trial be Vacated & an opportunity under New Grounds and Evidence a chance to Provide an adequate defends for trial.

**NEW EVIDENCE**

Linda Sue Curtis Case No. 12-CR-20042

was subpoen for trial, Never came, but Turned herself In After trial.

Cont.

Kaw S West 11/5/13

"OFFICIAL SEAL"
KAREN S WEST
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-10-2017

Lloyd Lockwood

## Evidence

10-31-13

### Linda Curtis

1. Is the main person of interest in both cases, and used the defendant Lloyd Lockwood to drop off a packet at her brothers house. Mr. Lockwood had know knowledge of what was in packet.

### Evidence planted or Tamper with?

2. On Aug. 13th the Government showed Exhibits in trial that was planted or tamper with to make a case. Exhibits 5F and 3C shows a white plastic bag with an object in the bag. The bag had writing on it that said Thank You. Padding on outside of bag in mail box. In the criminal complaint filed Sept 10-12 on page 2* & also in the motion discovery the bag is a Walmart bag. It also clearly states the object was surrounded in padding and that it was an Walmart bag.

### DNA

3. DNA also was not allowed in trial to show that it was an female DNA Linda Sue Curtis

* Jail house phone will show before hand that I said Elisabeth will try & keep my witnesses from testifying

cont.

p.2

Evidence                                10-31-13
911 Call  6:17 or 6:22 PayPhone

4. The dispatcher said she took the 911 Call at 6:22 & dispatch a car at 6:26. Phone records from pay phone show 6:22 call coming in. However, the government got the same phone records but came up with 911 call at 6:17. The Government said 6:17 & the Criminal Complaint filed Sept. 10-12 also show a car beening dispatched at 6:26. that means it took the dispatcher 9 min to send an car out. Elisabeth knew of this and said that Decatur has poor law enforcement. It's clear again that something was alter or Evidences tamper with again. Mr. Corkywood is the name on phone record. Not Mr. Lockwood

5. Sixth amendment, witnesses in Mr. Lockwood Favor.
Ms. Elisabeth Pollock did not exercise my right to an fair trial with witnesses in my Favor.
Linda Burleson.
Tonya Sexton.
Lawanda Burks.
Linda S. Curtis.
} Elisabeth said they can't help, don't remember & can't be found, I talked to some witnesses & Elisabeth gave me false stories.

I told Lawanda on the phone Elisabeth was going to try and keep her from testifying    witnesses    cont.

# Evidence

10-31-13

6. **Witnesses**

Eric Thompson & Lenore Street where used as character witness by Ms. Elisabeth Pollock, she never asks them about anything to prove my innocents. They knew Linda Curtis gave me the Packet, but Ms. Elisabeth Pollock refused to bring this out in court, just as well Ms. Pollock & Mr. J. Taylor refused to let Yawanda Burks testify after Mr. Lockwood & Mr. Phillip Geier said let her take the stand.

7. <u>Juror</u> was sleeping during trial.

8. <u>Medications</u> or <u>drugged</u>
I had difficulty communicating my thoughts and opinions because of medication. Ms. Pollock I believe knew of this

9. Count <u>1</u> & Count <u>2</u>
Elisabeth Pollock, Also had me sign an form when I didn't have my glasses on and told me to trust her. Again I feel like I was mislead by Ms. Pollock on Count 1 & Count 2 that she had me sign so we don't waste the Judge time on little things "wires & caps?" we know what they are, and where it was made.

cont.

Pag 4

10-31-13

## IN Closeing,

Hon: Judge McCuskey, I've learned that I've seek Counsel IN the wrong Place. Other INmates Counsels who later I Found out that the Counsel could not take my case. However, Sean B. Michael got all my Information and I believe the INmates also, INorder to get time off there cases. Aaron Brown, Brain Abel & James lamply I ask MR. Taylor about this before when MR. Jason Copper was trying hard to be my Friend. I believe that MY INFOR IS IN the defends Counsels hands & Prosecution hand to the letters I wrote you & the lawyers don't want to take my case now because of the Friends IN the Court Room. Just wanted to make you aware of this. Also, how can i have a 922(g)(1)? I never had a gun & chapters 44 & 53 almost mean the same thing Right? Firearm - destructive device do not Follow the meaning of an Pipe Bomb? I believe I was Found guilty of 922. Which is a gun. I never had a gun, or arrested for a gun. Can you Please Check?

Thanks  Lloyd Lockwood

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 11/12/2013 at 11:27 AM CST and filed on 11/12/2013
**Case Name:** USA v. Lockwood
**Case Number:** 2:12-cr-20070-MPM-DGB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER** entered by Judge Michael P. McCuskey on 11/12/2013. On 10/28/2013, the Court received and docketed letters [document 45] from defendant Lloyd B. Lockwood dated 10/1/2013, 10/2/2013 and 10/21/2013. On 11/8/2013, the Court received and docketed letters [document 50] from defendant Lockwood dated 10/31/2013 and 11/1/2013. A Status Conference by personal appearance to discuss defendant's correspondence listed above is set for 11/19/2013 at 10:00 AM in Courtroom A in Urbana before Judge Michael P. McCuskey. The Marshals are directed to transport defendant Lockwood to Urbana for this hearing. (MB, ilcd)

**2:12-cr-20070-MPM-DGB-1 Notice has been electronically mailed to:**   *Attorneys*

Elisabeth R Pollock    Elisabeth_Pollock@fd.org, Cheri_Proctor@fd.org, Mary_K_Ardis@fd.org

Jason M Bohm    jason.bohm@usdoj.gov, soni.holmes@usdoj.gov

John C Taylor    john_taylor@fd.org, cheri_proctor@fd.org, ereka_deatherage@fd.org, mary_k_ardis@fd.org

**2:12-cr-20070-MPM-DGB-1 Notice has been delivered by other means to:**

*This is the first time I seen Ms. Pollock after she walked away from me after guilty conviction or verdict. Didn't law, didn't study law until 2 months later. Because Ms. Pollock never contacted me after trial. Even though I tryed to contact her office. Please find this to be excusable neglect.*

file:///C:/Users/c_protor/AppData/Local/Temp/notesFD006A/~web5425.htm    11/12/2013