E-FILED
Monday, 10 March, 2014 02:45:37 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 10 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

3-07-14

Dear Chief Judge Shadid,

My name is Lloyd Lockwood cr-20070. I am writing because you transferred my case over to Judge Baker. To whom this day I have not met and status conference have been vacated without any reason to why. I wrote confidential letters to Judge Baker, but for some reason copies were made and given to counsel & the prosecutor which was confidential evidents to prove my innocent. Now out of madness, after an guilty verdict, another charge was put on my case. I was indicted on 26 § U.S.C. § 5861(d)-5841-5871 count 1 Count 2 18 § U.S.C. § 922(g)(1) Now that the grovenment is mad, I've already been found guilty, and to get at me my indictment reads USC § 5861(d) and 26 USC § 5871 (they took out the U.S.C. 26 § 5841) Also. Count 2: reads 18 USC § 922(g)(1) and 18 U.S.C. § 924(e). My cope out was 5yrs if I would of took it. Not on time we talk about life in prison.

This is part of reason I wrote to you because this is extremly very unfair and Prejudices. I didn't have an adequate defense" my witnesses was not called in favorable of my defence. Ms. Pollock, threaten me not to testify because she wanted an aquittal and didn't want me to mess it up for her. My other witnesses turned themself in after my guilty verdict. the Person who used me. Under Rule 17(B) Rule 33(B)(1) my lawyer would not file motions. Counsel wouldn't bring discovery back to view for evidents. There were two bags and one bag had object in "wal-mart bag", but some one took object out and put it in an Thank you bag? object was to be an Pipe bomb? well my point is that I was told this was unworthy of serious attention "Frivolous". The evidents was planted And the indictment tells of this wal-mart bag and trial the robot pulled out an thank you bag. They are and have conspired together to convict me. So I, come before Chief Judge Shadid and beg you to step in because I have not heard from Judge Baker and remove me →

3#

The defendant to a diffient Court house with counsel the will properly assistance, file my motions as law say. My rights to an assistance of counsel has been violated in many ways. Counsel say the Judge don't want to hear anything you got to say. Had court in front of Judge but someone changed that and did court over phone when I called out to Judge a few time and I was cut off. Motions denied two days before times. Counsel say he don't get payed enough to take my collect phone calls. Have not seen Counsel in a month when he say he'll bring discovery down, which I believe he is running my time out and sideing with grouvenment. Now I got an deadline on PSR objection and know way to call Counsel. Now is this fair? I Respectfully asks the Court to hear my plea for fairness as the law say.

Respectfully,
J. Lockwood

CR-20070