E-FILED
Monday, 10 March, 2014 02:46:23 PM
Clerk, U.S. District Court, ILCD

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
MAR 10 2014

Dear Chief Judge James Shadid,

My name is Lloyd Lockwood 20042, and I am writing because, I was drugged up in the Urbana Division, during trial. I am hated in that Division because I am innocent, I asks to go pro se, and I can prove that the lawyer & prosecution conspired against me to convict me. My lawyer told the Jury and Judge during trial that I was guilty of everything the government say I am guilty of. The evidents was tamper with & planted. Judge Shadid I can prove this thur discovery and trial transcripts. My life is in DANGER, in this Division "Urbana" I am very scared that they will keep me from processing with my case by drugging me up again. I was writing Mr. Judge Baker in Springfield to give him insight on my case. However, today i realized that i am in the same division and because i wrote ARDC on the lawyer the whole division is out for me, because I was told the Judge don't want to hear anything i got to say. I was to show up for court, but they did it over the phone and hung up on me. over

2#

I really believe Ms. Pollock, Mr. Taylor and Mr. Bohm all had something to do with me been drugged. I ask for video, but was told it's gone after 7 days. I have not been in front of Mr. Judge Baker yet and wonder if he is real. So i come to you begging you to remove me out of the Urbana Division because i fear for my life and i fear for any fair processing. The Judge has not answer some of my letters, which raises concern with me. I can't reply to motions put in by the giverment or myself, without my lawyer answering two days before time. Just to shut me up Mr. Judge Shadid i believe they will again drug me up and iam not trying to be killed because of fighting for my innocent. Please i come to you pro se and asks that i be senden to another division because they even got imfarants on me that iam scared "it to fight" "beat me up". Please take my case and let me preve myself to you. Every letter i write to Mr. Judge Baker goes to Urbana and it not right because that was between the judge and me.

3#

All i want is my
Processing, Would
Case Judge Shadid
Give me a chance
Taylor been there to
will never win my
I can show they
tamper & plant ev
Please i'm beggi
more importantly
of it, because his
that up until he
Mr. Taylor. I ev
this and gave h
evidents. All I wa
For you not to all
division bring
If you read les
complaints on
will have an
Case is in an
not have to
lot up or hel
11 back pain
It. "Just be
by some th
a mistreate

3#

All i want is my Rights back for Fair Processing. Would You Please hear my Case Judge Shadid, in your Court Room? Give me a chance because Ms. Pollock, Mr. Taylor been there for some time and i will never win my case in this Division. I can show they conspired together to tamper & Plant evidents to convict me. Please iam begging for knew Prosecter more importantly. MR. Nall is in the middle of it, because his Past trud motion tells that up until he talk to Ms. Pollock & MR. Taylor. I even wrote Ms. Welsh on this and gave her alot of supporting evidents. All i want is to be safe and for you not to allow the People in this division bring harm to me again. If you read letters dated 10-31-13, are my complaints on Ms. Pollock & law firm. I will have an diffrent at come if my Case is in another District Court. Where i don't have to worry about beening druggedup. Beat up or hurt. They even took me off my back pain medcation to make me hurt. "Just because i would not say i knew some thing, they took my right and mistreated me all this time →

#4

i don't know how else to put it or what else to say. But if i stay here, sooner or later they will get me. For calling the news people. I am an good person. I was setup and don't have money for lawyer, so they're doing as they want. You're the last person MR. Judge Shadid i know to write. Please Reply to me begging the court to put me out of harms way. To investagat my case and lawyers. To relocate me to another court, so i can have rights. And if it must be, allow me to go pro se, otherwise it will not be fair. They called me an "Jail house lawyer" "I am not" i told the Judge and counsel i just can't sit here and be rail roaded. Then i was called an smart as. Now i am really scared. Judge James Shadid Can i please get you to hear my cry out for Righteousness? Because i wrote an letter Requesting an investigation on Taylor, Pollock, Bohm and MR. Noll and i know my processing will be more on regrets, and for them to retaliate on me which is happening now.
will you please help me on this →

5#

one? I am scared to even say much about that sandwich i ate part of and the gummie bears Ms. Pollock give me to eat at trial. thats her court room and iam scared she will try some thing else. its 24 bunk on my pod and 15+ of them full 8 of them are on Ms. Pollock cases lead or the Tiem. they "inmate" look thru my mail and report back to them to get time off. or listen to my phone calls. video will show a lot of this. I even got times wrote down. Some time i can't sleep. scared iam going to get jump because of Ms. Pollock. So iam begging the Courts to hear my plea, and please move me, to another Court house in another division. Its just not fair that PSR, and all is in this building. Its one big family and they are working together to carry out my conviction because of my complaints.

Respectfully
Lloyd
Lakwood

Re: Case No. 12-CR-20070

10/21/13

Dear Judge McCuskey,

My name is Lloyd B. Lockwood and I am writing to notify you of serious problems I am having with my case (case No. 12-CR-20070). On 8/14/13 I was found guilty in your court by jury trial. I write this letter as a humble last attempt to notify the court that I am in need of assistance.

Following my guilty verdict at trial, I have tried every possible means of reaching my defence counsel, Ms. Elizebeth Pollack. All my attempts to contact Ms. Pollack to obtain information concerning my right to appeal have gone ignored. I have also tried to notify Ms. Pollack that I need her assistance to file a motion so I can proceed pro se while I seek new counsel to more aptly represent me. Again, these notifications have gone ignored.

At a later date, I was brought to the courthouse so that I could be interviewed by the Probation Office for my PSR. In violation of the Rules of Criminal Procedure, I was not notified in any way in advance that this interview would take place. My right to be accompanied by proper legal counsel during the interview was also denied. As a result, I refused to to participate in any capacity during my PSR interview. My requests to speak with Ms. Pollack were ignored.

Since I am incarcerated at the Macon County Jail, I lack any resource to obtain the proper legal information and documents I need to pursue a resolution to any of the problems I am facing. Thank you for your time as I hope you can help me correct these matters.

Please allow motion under 7 day Rule.  Sincerely, *[signature]*

10-31-13

RE: Case No. 12-CR-20070 Lloyd Lockwood
RE: Case No. 12-CR-20042 Linda S. Curtis

Dear Judge McCuskey,

I LLOYD B. LOCKWOOD come before the courts to ask that I'm allowed to go pro se until the court appoints new counsel. IF I LLOYD B LOCKWOOD would of knew, in advance that my constitutional Sixth Amendment right would be ignored by the defense attorney Ms. Elisabeth Pollock, I would of beg the courts to appoint other counsel & I would not of went to trial. It is this reason that I MR. LLOYD B. LOCKWOOD come before you.. Judge McCuskey, to ask that the verdict in this trial be vacated & an opportunity under new grounds and evidence a chance to provide an adequate defends for trial.

NEW Evidence

Linda Sue Curtis Case No. 12-CR-20042 was subpoen for trial, never came, but turned herself in after trial.

Cont.

Re: Case No: 12-CR-20070                 10-02-13

Dear Judge McCuskey,

Ms. Elisebeth Pollack also said that i will have a hung jury. Whites from a small town & Farmers. Phylli was in the room to hear this and more. So i asked about black at trial & she said You, The Judge already knew. And what did i tell you anyway she said. Meaning i was getting a hung jury & not one Black will be on there. Once again i asks the court to Allow me counsel from another law firm please.

REFER TO Court Video

October 22, 2013
Jessica Lynn Stoddard

"OFFICIAL SEAL"
JESSICA LYNN STODDARD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-19-2015

1. OF 2 CC:

RE: Case No. 12-CR-20070                                         10-01-13

Dear Judge McCuskey,

One Reason i am asking For New Counsel assistance "another firm" is because during trial I said to Elisebeth Pollock that one of the Jurors was sleeping (3) Times. She responeded by saying "If the Judge wouldn't declare a mistrial in a past trial where a juror was snorting cocain in the deliberation room that he knew about "Refer to Video" what makes you think he will grant you a mistrial?"

After trial Elisebeth Pollock again told me she is not filing any motions or any appeal, to find someone else. This jail don't have anything to allow me to go Pro Se. Please i beg the Courts to allow assistance and court video as Evidence & DNA that was found Linda Sue Curtis 20042 Case

Sincerely,
Lloyd Fielder

October 22, 2013
Jessica Lynn Stoddard

"OFFICIAL SEAL"
JESSICA LYNN STODDARD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-19-2015

1 OF 7 CC:



Mr. Lloyd Lockwood
333 South Franklin
Decatur, IL 62523

Legal Mail

Judge James Shadid
Federal Court House
600 E Monroe
Springfield, IL 62701

Legal Mail