E-FILED
Thursday, 10 April, 2014  03:12:03 PM
Clerk, U.S. District Court, ILCD

letter for Lloyde

**Mlrpac6**
To Me

TO WHOM IT MAY CONCEN,

My name Eraina J. Miller, I am writing you in regards to Lloyde Lockwood. I have known Lloyde for over ten years. He has done work on my cars and has also helped me with repairs around my home. I have also referred him to my family and friends. Whenever I have had problems, Lloyde has always been there. I can recall several times when I was stranded with my children and or grandchildren in the car, I would call Lloyde in a panick. He would always say "ok Eraina, calm down, pull it together before you upset the kids, I am on my way". Or if he could not come, he would always send someone else, or refer me to someone that could help. If he sent someone else, he would call and check to make sure that we were taken care of. Being that I am a single mom, I did not always have the money that was needed for the repairs. Lloyde would first tell me my best options, and then ask what I could afford to put down on the bill, and then he would make a payment plan that was convient for him and me. I have never had a mechanic do that for me. I am not very familiar with his personal life or of his current situation, but what I do know is that he has always been there for me, my family and friends, and he is greatly, greatly missed. I wish Lloyde the best of luck in his current situation, and pray that this letter help him out in any way that it can. I also pray that I will be able to find another mechanic that I/we can trust and depend on, the way that I/we did with Lloyde.

If you have any question, please feel free to contact me at: 1-309-242-4685 or 1-309-827-6183.

Sincerely yours,

Eraina J. Miller

FILED
APR 10 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

https://us-mg5.mail.yahoo.com/neo/launch?.rand=cusouh5vk07

Home   Mail   News   Sports   Finance   Weather   Games   Groups   Answers

Search Ma

Mazda USA - Stylish Sedan That Doesn't Sacrifice Performance. - Spon

Compose

Delete    Move    Spam    More

Drafts (6)
Sent
Spam (99+)
Trash (39)
Folders
Recent

Messenger
Calendar
Contacts
Notepad

Yahoo Mail for Mobile
Send Feedback

Sponsored

Become a leader.
Advance your career
with a PhD from
Capella University.
Learn more.

FW: Letter

**Ebony**                                                                 Oct 24
To  Me

---

**From:**
**Sent:** 10/22/2013 10:28 PM
**To:**
**Subject:** Letter

I have had the pleasure of knowing Lloyd Lockwood my entire life. Over the 20+ years I have known him, he has always been a hard-working, caring and loving man. Lloyd Lockwood is my uncle, but not only my uncle but he is also my role model. Throughout the years, he has always been there for his family no matter what. Lloyd has not only had a big impact on my life and my family's life, but he has had an big impact on the city of Bloomington/Normal as a successful African-american business man. Lloyd's Affordable Automotive was his business in which he did car repairs, car detailing etc. His business was very successful and had plans to expanding his property. I not only looked at Lloyd as my uncle and role model, but I had the opportunity to look at him from a different perspective: a boss. I had the opportunity of working with him for quite some time. He was very fair when it came down to things that were business-related. In the workplace, I was not looked upon as his niece, but as another one of his employees and I was treated as such. Lloyd's Affordable Automotive was a popular business throughout Bloomington/Normal. As a result of this, Lloyd was well-known and he was always willing to lend a helping hand as an act of kindness. Apart of being a dedicated business man, there is a lot of time and work that must be put into the business. Lloyd knew how to balance out his work life with his personal life. Although he was sometimes busy with the duties of running the business, he always came to family gatherings and always came every time the family needed him. Overall, Lloyd Lockwood is a very dedicated business man as well as a loving father, husband, son, brother, uncle and grandfather. He knew how to balance his priorities and knew when to switch his hat from business man to family man. This letter is not an attempt to justify or make excuses for any crime that may have been committed in any way, shape or form. However, this letter is to inform of how Lloyd was a good man and how he has had a major impact on many peoples' lives. Lloyd Lockwood is looked upon as a dedicated, loyal, trustworthy, hard-working man in his family, as well as in his community.

Dear Judge

I fell sad with out my uncle loyd It is boring with out him. Every body is crying and we all want him back Judge please let him out. let me tell u a little about my self I am 11 I play football and basket ball I have a sister and a brother. I am in fifth grade. the reason why Im telling you these Is because he keeps me focus and support me will as other in the community he is like a father figured to me because of the guidence that he provide for me.

11/1:

To whom this may concern;

I am writing on behalf of Llyod Lockwa. I am very honored to have this chance to write on his behalf. Llyod has been my mechanic for the last 5 years. He always was able to assist me and give advice on any price, problem, or situation I had. He also was a very positive person in the community, he helped any and everyone he came in contact with! He helped provide jobs to a few people by allowing them to help around in his shop! I was very blessed when I met him and now that he's been gone its been a struggle for myself and others. I hope that you all will consider this when reviewing his sentencing. HIs family and community truely need him home soon!

With much respect,

Stacy Johnson

Stacy Johnson

To whom it may concern,

I've known Mr. Lockwood for about 16 yrs and out of those years I have seen him try to achieve his goals of pursuing his own shop and becoming his own boss as a mechanic (auto). His willingness to help others and love and care for his family.

I worked with Mr. Lockwood at WalMart and we became friends. His dreams of being a Mechanic and having his own shop came true because of his hard work and dedication.

Here is a Man that works hard and most importantly loves his family and kids. He deserves to continue his success and continue doing what he loves. It saddens me because I've seen him work so hard at his work and how he helps other's. He taught me alot about cars.

I hope you take this letter into consideration. Mr Lockwood is a true friend of Mine.

Thanks, Donald Fox

To whom it may concern:

I am writing in regards Lloyd Lockwood, I have known Lloyd for about 17 years he has been a devoted father, hard worker, good family friend, and he would do anything for anyone. Lloyd has helped my family and I out many times, from towing our vehicles to fixing them without asking for any money or anything. Lloyd would benefit from being in society so he can continue his dreams of what he wants to do by owning his own business while taking care of his kids. Everyone makes mistakes in life so please take this into consideration when sentencing him, you will be taking a stand out good man away from his family.

Thank you,

Linda Powe

Dear Judge

I'm writing on behalf of Lloyd Lockwood my name is LaJuana Burks I was present the day of court but was advised not to testify due to my background of something that happen 18 yrs ago the lawyer said that I would not be a credible witness and the other lawyers would use that against me. I was present at work when the lady came into the job she did ask Lloyd to drop off a package on his tow I did not think nothing of it because people came in all the time and asked of favors from Lloyd and he often help anyway he could she told him that day that she would ride with him then declined to ride I wrote the tow address done as I normally would and didn't think

nothing of it and that was that. The days past and I could tell something was wrong with Lloyd but he didn't tell me. I do not believe that he knew what was in the bag. Lloyd is a hard worker and very known in our town people speak very highly of him he has always helped people whenever he could and a very sensetive person for others needs this is just something he would not intentually do he had to much he worked so hard to get to just throw away. So I'm asking that you reconcider your choices please I know my letter may not mean much to you but this is the truth that I witness with my own eyes.