

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK

KENNETH A. WELLS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

April 16, 2014

Lloyd B. Lockwood
333 S. Franklin St.
Decatur, IL 62523

Dear Mr. Lockwood,

    In response to your request for transcripts Judge McCuskey's court reporter's name and address is below:

        L. Cosimini
        201 S. Vine Street
        Urbana, IL 61802

    If the transcript has not previously been prepared, there will be a charge for the transcript to be prepared and you should correspond directly with Ms. Cosimini regarding the cost.

    Sincerely,

    KENNETH A. WELLS
    CLERK OF COURT