# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

Vikas K. Didwania
To Call Writer Directly:
(312) 862-2236
vikas.didwania@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

July 28, 2014

**Via Email**

Office of the Clerk
U.S. District Court
For the Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

Re: *United States v. Lockwood*,
No. 12-cr-20070 (C.D. Ill.), No. 14-1809 (7th Cir.)

Dear Ms. :

As we discussed on the phone, I have recently been appointed by the Seventh Circuit to represent Mr. Lockwood *pro bono* in his appeal of his criminal conviction. In order to effectively represent Mr. Lockwood in his appeal, I need access to the following documents that are currently under seal and unavailable to me: docket numbers 13, 48, 49, 68, 73, and 82.

If you have any questions, please do not hesitate to contact me. Thank you for your assistance.

Sincerely,

Vikas K. Didwania