IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    Case No. 12-20070
                                          Hon. Harold A. Baker

LLOYD LOCKWOOD,

    Defendant.

### UNOPPOSED MOTION TO CONTINUE RESENTENCING HEARING

Comes now Appellant Lloyd Lockwood, by *pro bono* counsel Vikas K. Didwania of Kirkland & Ellis LLP, and requests to continue the resentencing hearing for sixty days:

1. Lloyd Lockwood was found guilty of Count 1, possession of an unregistered destructive device, in violation of 26 U.S.C. §§ 5841, 5861, 5871; and Count 2, possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922 by a jury on August 14, 2013.

2. He was sentenced to the statutory maximum of ten years on April 10, 2014 by this Court.

3. Mr. Lockwood filed a notice of appeal on April 14, 2014.

4. Mr. Lockwood was represented by court-appointed attorney Vikas K. Didwania in his direct appeal from the judgment.

5. On June 16, 2015, the Seventh Circuit vacated Mr. Lockwood's sentence and remanded for resentencing.

6. On July 8, 2015, this Court set the resentencing hearing for July 30, 2015.

7. Mr. Lockwood and counsel had been in discussions regarding whether Mr. Lockwood wished to continue to retain Kirkland & Ellis after the appeal. On July 22, 2015, Mr. Lockwood informed counsel that wished to continue to retain Kirkland & Ellis to represent him at resentencing.

8. Counsel requests an additional sixty days to prepare his presentation for the resentencing hearing. Specifically, counsel needs additional time to perform at least the follow activities to prepare for the resentencing:

   (a) Obtain Mr. Lockwood's prison records regarding the lack of any discipline or infractions. *See Pepper v. United States*, 562 U.S. 476, 490 (2011) ("[W]hen a defendant's sentence has been set aside on appeal and his case remanded for resentencing, a district court may consider evidence of a defendant's rehabilitation since his prior sentencing and that such evidence may, in appropriate cases, support a downward variance from the advisory Guidelines range.").

   (b) Obtain Mr. Lockwood's prison records regarding his education, including courses taken and certifications received, and his gainful employment while in prison;

   (c) Obtain additional letters of support from his friends and family, including regarding his character, his efforts to stay connected with his family while in prison, and any support they may provide him once released;

   (d) Obtain evidence regarding Mr. Lockwood's opportunities to be a productive member of society and support himself once released from prison;

   (e) Prepare a sentencing memorandum that addresses the 18 U.S.C. § 3553(a) factors, including by using the documents described above;

   (f) Prepare objections to the Presentence Investigation Report;

   (g) Prepare Mr. Lockwood and other potential witnesses for their testimony at the resentencing hearing.

9. The Government does not object to the requested continuance.

10. If the Court grants the continuance, Counsel is also available to participate in a status hearing on July 30 or another date as the Court desires to discuss scheduling.

**WHEREFORE**, Appellant Lloyd Lockwood, by counsel, requests that the resentencing hearing be continued by sixty days.

Respectfully Submitted,

Dated: July 23, 2015   */s/ Vikas K. Didwania*

Vikas K. Didwania
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
vikas.didwania@kirkland.com

*Counsel for Defendant
Lloyd Lockwood*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                      Case No. 12-20070
                                          Hon. Harold A. Baker

LLOYD LOCKWOOD,

    Defendant.

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2015, the Unopposed Motion to Continue Resentencing Hearing was filed and served using the Court's CM/ECF system which provides electronic notification of such filings to all counsel of record.

                                                            Respectfully Submitted,

Dated: July 23, 2015                         */s/ Vikas K. Didwania*

                                                           Vikas K. Didwania
                                                            KIRKLAND & ELLIS LLP
                                                           300 North LaSalle
                                                           Chicago, Illinois  60654
                                                           Telephone: (312) 862-2000
                                                           Facsimile: (312) 862-2200
                                                           vikas.didwania@kirkland.com

                                                           *Counsel for Defendant*
                                                           *Lloyd Lockwood*