≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

USA

V.

Lloyd Lockwood

## EXHIBIT AND WITNESS LIST

Case Number: 12-cr-20070

| PRESIDING JUDGE<br>Harold A Baker | PLAINTIFF'S ATTORNEY<br>AUSA Jason Bohm | DEFENDANT'S ATTORNEY<br>Vikas Didwania |
|---|---|---|
| TRIAL DATE(S)<br>11/10/2015 | COURT REPORTER<br>LC | COURTROOM DEPUTY<br>JB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/10/2015 | x | x | Statement of Explosives Technology Branch dated 3/27/2012; A. Morris; no obj |
| | 1 | 11/10/2015 | x | x | McLean County Incident Report dated 12/16/2012; C. Jarvis; no obj |
| | 2 | 11/10/2015 | x | x | Case Summary Report of Tonya Sexton filed 1/14/2015; T. Sexton; no obj |
| | 3 | 11/10/2015 | x | x | Defendant's Sentencing Memorandum d/e 111 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages